**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 2, 2014

MEMO TO COUNSEL RE:  Donald T. Howerton v. Board of Education of
Prince George's County
Civil No. JFM-14-242

Dear Counsel:

    I have reviewed the memoranda submitted in connection with defendant's motion to dismiss.

    I would be much more comfortable ruling upon the motions raised by defendant's motion after discovery has been completed.  Therefore, defendant's motion to dismiss is denied, without prejudice to reraising the same issues by way of a motion for summary judgment after discovery has been completed.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge